United States District Court
Southern District of Texas
**ENTERED**
February 10, 2016
David J. Bradley, Clerk

## HEARING MINUTES AND ORDER

Cause No. 3:15cv47
Style: Worldwide Priorities, Ltds. v. Pantaenius American Yacht Insurance, et al.
Hearing Type: Motion Hearing

Appearances:

| **Counsel:** | **Representing:** |
| --- | --- |
| Chris Leavitt, Levi Benton | Plaintiff |
| Wayne Pickering | Defendants |

Date: **February 8, 2016**     ERO: **Lorraine Trevino**
Time: 4:08 - 4:18; 4:20 - 4:21     Case Manager: **Dana Perez**

At the hearing, the following rulings were made

1. Motion to Dismiss (Dkt. 10) is DENIED, without prejudice to re-urging. Motions for Continuance (Dkt. 33 and 35) are granted, in part.

2. Attorney Pickering requests a reset to discuss settlement.

3. All deadlines are extended by 90 days, and trial date is vacated.

4. Status Conference to be held in 90 days, and new trial date will be assigned if case has not settled at that time.

Signed in Galveston, TX this 8th day of February, 2016.

_____
George C. Hanks, Jr.
United States District Judge