United States District Court
Southern District of Texas
**ENTERED**
October 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WORLDWIDE PRIORITIES, LTDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-47 |
| | § | |
| PANTAENIUS AMERICAN YACHT | § | |
| INSURANCE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF FINAL DISMISSAL WITH PREJUDICE

Having been advised by the parties that they have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, liens, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to two insurance claims, No. 02-2013-000139 (relating to a purported lightning strike) and No. 02-2014-000107 (related to purported hull damage and water damage), collectively referenced hereafter as "the insurance claims made the basis of this lawsuit," and which were submitted to the Defendants by the Plaintiff, WORLDWIDE PRIORITIES, LTD., as a result of purported damage to numerous electrical components and systems, damage to the hull, and other damages to a yacht owned by the Plaintiff, the M/V "Mas Grande," and having further been advised by the parties that they therefore no longer wish to pursue any causes of action, claims, obligations, demands, liens, and any other requests for relief against one another, and having been requested to dismiss this action under FED. R. CIV. P. 41(a)(1), the Court makes the following orders:

**IT IS ORDERED** that this suit is hereby **DISMISSED, WITH PREJUDICE**, in its entirety, including all causes of action, claims, obligations, demands, liens, and any other requests for relief of any nature whatsoever which have been asserted in this action, or which could have been asserted herein, arising out of, pertaining to, or related in any manner to the insurance claims made the basis of this lawsuit, and which were submitted by the Plaintiff, WORLDWIDE PRIORITIES, LTD., as a result of purported damage to numerous electrical components and systems, damage to the hull, and other damages to a yacht owned by the Plaintiff, the M/V "Mas Grande."

**IT IS FURTHER ORDERED** that each party shall bear its own taxable costs of court and attorneys' fees.

SIGNED at Galveston, Texas, this 11th day of October, 2016.

_George C. Hanks Jr_

George C. Hanks Jr.
United States District Judge